# **EXHIBIT A**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KING

_____

NATALIE SCOTT,

               Plaintiff                              Index No.

• against

META PLATFORMS INC, fka FACEBOOK, INC.           COMPLAINT

                                 Defendant
_____

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff, Natalie Scott, respectfully shows and alleges as follows:

1. The plaintiff herein, Natalie Scott, is a resident of the State of New York. Ms. Scott temporarily resides at 450 78 Street, Brooklyn, NY 11209.

2. The defendant herein, Meta Platform Inc. fka Facebook, Inc., has a corporate office in New York City at 225 Park Ave S Ste 7, New York, NY 10003 and its Corporate Headquarters is located at 1 Hacker Way, Menlo Park, CA 94025. The defendant Meta Platform Inc. is an American multinational technology company that owns and operates Facebook, Instagram, Threads, WhatsApp, AI.Reverie, Oculus and many other technology companies. Facebook is the social media platform that this civil lawsuit is specifically addressing.

3. The plaintiff, Natalie Scott, wants to address various incidents that has occurred on her Facebook account under the name of Aphrasia Lee. This account has been active for a few years and has encountered repeated privacy intrusion issues and has been used for offline tracking and stalking, verbal harassment, demeaning identity tagging, and offline facial recognition even though Ms. Scott never had a facial photo on her account profile. The

plaintiff will address how her Facebook account has been used for intense privacy violations, offline tracking and harassment, sexual solicitation, intentional psychological abuse and how fundamental features on her account were altered without her consent to inflict reputational damage. Her Facebook account was weaponized against her.

The incidents that Ms. Scott has reported to Facebook and wants to address are related to the following incidents:

a.   Repeated hacking of account to accept friend requests without Ms. Scott's consent.

b.   Changed or altered account settings of Activity Log. Removal of activity reported to show when friend requests were sent to various Facebook users from the Facebook account, Aphrasia Lee. Ms. Scott questioned what damaging content was sent from her account without her knowledge.

c.   User data from Ms. Scott's Facebook account appeared in HTML code when Ms. Scott logged off account. The user data appearing as HTML code without the user accessing and having never used the Developer Mode was considered a security issue by Ms. Scott. Facebook Help Support was notified about the issue but they never replied.

d.   Appearance of duplicate posts in Activity Log when Ms. Scott only added post once.

e.   Misrepresentation of the number of friends who have access to her account. Ms. Scott maintains her Facebook account with no (zero) friends.

f.   Solicitation of sex through friendship requests by women who are in the sex trade

g.   Intentional blocking of access to account by Facebook when account password was changed by hacker. Facebook added multiple pages to verify usage even after Ms. Scott had verified account owner identity with STM code, already reset password

and correctly answered verification questions. Mismatched STM codes sent to Ms. Scott which prevented her from accessing her Facebook account after her password was changed by an external party.

h. Intentional blockage of access to Facebook account while account was locked for 1.5 years. Non-acceptance by Facebook of NYS Driver's license and other forms of ID to verify account and ownership. And Facebook account was being accessed by other user e' n when Facebook had locked the account and prevented Ms. Scott from accessing it for 1.5 years. Facebook was contacted about emails that account was still accessed but Ms. Scott received no reply.

i. Facebook email notifications about male users received by Ms. Scott when her account was locked for approximately 1.5 years. Some of these users had thousands of friends. Also a few of these notifications reported user activity that did not match the actual user activity on the user's account which led Ms. Soctt to believe that her account was being used for experimentation by Facebook. After Ms. Scott was finally given access to her Facebook account, she noticed that different background mode settings (Dark Mode and White Mode) appeared on her account when she logged in from two different devices (her laptop and her cellphone). Ms. Scott thought this was odd since she had deleted the cookies on both devices various times on all browsers. And she had her account background mode set to White Mode ... so why would it show Dark Mode when the same account was accessed on her cellphone?

j. Tampering with Ms. Scott's ability to exit the Facebook platform and the Facebook private group named "The Freaks Come Out At Night". Ms. Scott believes that the

control to exit a Facebook group should be in the power of the Facebook user and not some external party linked to the platform that intercepts her account.

k.  Repeated intrusion and access of posts created with the privacy setting of "Only Me" which were used for privacy intrusion and for offline harassment. And email notifications of account being accessed received days later after the incident.

l.  Facebook has no accountability for the hackers on its platform. Ms. Scott joined the hacker group "Ethical Hacking – Beginners to Experts" as a member. Someone changed the settings for the group and made her the Administrator of the group instead.

m.  Facebook account used for offline tracking purposes by suggesting male friends who were located in regions of the globe where Ms. Scott worked on projects (ie: Southeast Asia). Ms. Scott did not divulge on her Facebook account or profile where she was located, her place of work or the location of the projects that she supported. Also, a new contact on Ms. Scott's cellphone - a new person she began to text ... appeared within a few weeks of texting this person as a friend suggestion on Ms. Scott's Facebook account. Ms. Scott never interacted or communicated or mentioned this person on any posts on her Facebook account.

4.  Provided dates and Exhibits for the various incidents mentioned in #3.

a.  Refer to #3a - **Exhibit 1** includes examples with dates of when incidents were reported to Facebook Help Support about friend requests being accepted on Ms. Scott's Facebook account without her consent.

- February 16, 2025, Email to Facebook Help Support about new Facebook friends (Klib Klib and Yusri) accepted on account without consent. Account was supposed to have been deactivated.

- May 11, 2024, Ms. Scott received email notification and screenshot showing that a friend request was sent and received by the Facebook user Dewi Ryanti on May 3rd. Ms. Scott never sent the friend request. (refer to email to Patrick Bocash and screenshot)

- July 6, 2022, Ms. Scott received an email notification that she was now friends with a user named Mero Cut who accepted her friend request. The friend request being sent was not reported in the Activity Log. Also another user, Topson Renny, commented on a photo that Ms. Scott's Facebook account was tagged in but no tagged photo appears in the Activity Log. Ms. Scott reported this incident to Facebook Security and received no reply.

- October 29, 2021, Ms. Scott received an email notification that the Facebook user, Titus Natalia, accepted her friend request. Ms. Scott did not send a friend request to Titus Natalia. When Ms. Scott checked her Activity Log, there was no record of a friend request being sent from her account to Titus Natalia. Ms. Scott emails Facebook Security about the Activity Log not showing when friend requests went to another user ... Facebook Security never replied.

b.  Refer to #3b - **Exhibit 2** shows examples of friend requests being accepted on Ms. Scott's Facebook account even when Ms. Scott's account was deactivated by her or when her account was locked by Facebook and should have been inaccessible to everyone. On May 30, 2021, Ms. Scott received an email from Facebook stating that she was now friends with Jailso Santos. Ms. Scott forwarded this email to Mark

Zuckerberg and requested access to her account. had accepted friend request but Activity Log does not show when friend request was sent or what content was sent.

- July 9, 2022, Email from Ms. Scott to Facebook Security stating annoyance and concern about continued access to her Facebook account.

- July 6, 2022, Email to Kevin O'Donnell from Ms. Scott about her Facebook account being accessed when account is supposed to be deactivated and friend request sent to another FB user when Deactivated. Screenshot of Mero Cut accepting friend request but not appearing on Activity Log.

- May 30, 2022, Facebook user Jailso Santos accepted friend request not sent by Ms. Scott.

- February 7, 2022, Email to Facebook Security about user, Phylo Phylo as new friend on account.

- January 12, 2022, Email to Facebook Security on Disabled Account.

- June 25, 202   Activity Log shows that a friend request was sent to Topson Remy, Ms. Scott did not send this friend request to Ms. Remy.

- June 1, 2021, Facebook user Maggie Pumz accepted friend request not sent by Ms. Scott.

- January 7, 2021, Email to Facebook on new feature content on automatic reactivation of Deactivated account feature.

c.  Refer to # ` : - **xhibit 3**.

On May 11, 2024, Ms. Scott logged out of her Facebook account and she was taken to 3 tabs of HTML code of her account user data that showed on the tabs - JSON, Raw Data and Headers. Ms. Scott contacted Facebook Help Support to notify them of this and find out why her account user data was showing as code. Ms. Scott

never received a reply from Facebook. Ms. Scott never used the Developer Tool on her laptop or on her cellphone ... so there is no reason for her user data to be exposed as HTML code.

On May 15, 2024, Ms. Scott sent an email to Mr. Patrick Bocash about her user data being exposed in HTML code and asked if he could find out from his contact at Facebook why her user data was accessible in HTML code. Mr. Bocash did not obtain an answer from Facebook.

On June 29, 2024, Ms. Scott emailed Mr. Bocash about concern for deleted Facebook posts not being removed or deleted from her accounts for posts published. Ms. Scott experienced some anxiety about posts published to "friends" which were deleted immediately but still being accessed by strangers.

d.  Refer to #3d - **Exhibit 4**. Ms. Scott also noticed that some of her Facebook posts were showing in the Activity Log as duplicates even though she only posted them once. Ms. Scott contacted Facebook Help Support about this to ask why her Activity Log was showing duplicate posts for a single post.   This technical glitch caused Ms. Scott anxiety since she already believed that her Facebook account was being used for experimentation and was weaponize against her for offline harassment and public shaming.  She questioned if a duplicate account was being shown and visible to other Facebook users  that she was unable to view.

e.  Refer to #3e - **Exhibit 5**. Ms. Scott has tried to maintain a Facebook account with zero (0) friends connected to her account. But even with zero (0) friends, her account was still being accessed by strangers who would verbally harass her and make comments about her posts. Ms. Scott noticed that Facebook showed her account as having 45 friends but showed 0 people linked to her account under the

Friends tab.  Ms. Scott contacted Facebook Help Support about this to find out why the count showed 45 friends and increased to 53 friends when users were accepted to her account without her consent.  Ms. Scott sometimes added posts with the privacy setting of "to friends" expecting that no one would view it.  Since she maintained zero (0) friends linked to her account then it should have been like posting to "Only Me".  But if Facebook shows her account with zero (0) friends but maintains a friend count of 44 plus ... then are people linked to her account to view her posts who are not visible to her?  This caused anxiety since Ms. Scott already believed that her user rights were abused by Facebook using her account in a weaponized way.

- September 16, 2024 – email to Facebook Help Support
- January 16, 2025 – email to Facebook Escalation Team
- January 22, 2025 – email to Facebook Escalation Team
- February 25, 2025 – email to Facebook Escalation Team

f.    Refer to #3f - **Exhibit 6**. Solicitation of sex by sending friend requests from various women in the sex trade.  Friend requests from bare breasted women or women wearing lingerie.  Many notifications of friend requests received by male FB users when Ms. Scott's Facebook account was locked and she could not access the account. Ms. Scott felt that her account was being used to facially profile her and pigeonhole her into a position of sex labor or prostitution.  These thoughts and feelings were exacerbated by the offline facial tagging and profiling that she received with tags of "freak" and "it's good".  This weaponization of Ms. Scott's Facebook account happened over a period of 2 plus years.

- August 7, 2022 to November 30, 2022 - Ms. Scott continued to receive Facebook email notifications mainly about male Facebook users linked to her account. Some of the users had disturbing facial tattoos (as part of a gang), one user profile photo pointed a gun, and some were located in Southeast Asia (Malaysia or Thailand) during the period when Ms. Scott's employment project locations were based in Southeast Asia. Ms. Scott did not understand why she began receiving notifications about men from locations where her remote projects were based ... it made her feel like she was being tracked.

- September 8, 2023 - Women in bras and bare breasts sent as friend suggestion.

- October 27, 2023 - Luna Mendez friend request suggestion email received from Facebook, Ms. Mendez's profile photo only showed her legs in fishnet tights.

- February 22, 2024 – Ms. Scott received multiple friend suggestions from Facebook of female users who were having sex. Many of these women were in the sex trade. Ms. Scott recorded a video of the friends that Facebook suggested for her and later emailed Mr. Patrick Bocash about it. Ms. Scott asked Mr. Bocash to contact his Facebook contact to find out why she was receiving these friend requests. After Mr. Bocash contacted his Facebook contact, these sexually explicit friend suggestions stopped. Ms. Scott began to question how he was able to get these friend suggestions to stop ... which made Ms. Scott question if it was Facebook employees who were responsible for bombarding her with friend suggestions laden with sexual content.

  GDrive lirk: https://drive.google.com/file/d/1V1xGuWzz9NCG1jiY-suUKU1Vu9oKUX0w/view?usp=sharing

- February 23, 2024 - Email to Patrick Bocash about sex solicitation to my account.

- June 3, 2024 – List of Suggested Friends from Facebook to Account – 95% of suggested friends to Ms. Scott were men.

Ms. Scott felt that Facebook employees and some Facebook users were trying to pimp and porn her with its friend suggestions of mainly male users and female users dressed in either in lingerie, nude or performing sexual acts. During this time, Ms. Scott was being facially tagged and pointed out offline when she was in public. She had men and women saying "good", "freak", it's good", "you will die a freak", and "done" in public to her. Since Ms. Scott did not have any facial photos of herself posted on Facebook or a facial profile photo, Ms. Scott did not understand how she was being recognized, pointed out and targeted in public. In 2024 while residing in the Nob Hill neighborhood in Portland OR, many times MS. Scott was verbally harassed while walking in her neighborhood. One occasion involved, a young Asian man telling the young Asian woman walking next to him, that "everyone in cyber knows to have her called freak". Another incident involved a Caucasian man in his 40s telling Ms. Scott "There is the woman with no future", and another incident involved an elderly Caucasian woman telling a younger Caucasian woman standing next to her, "I can't wait until she commits suicide" – this was said loudly with directed stares as Ms. Scott walked by in front of them. Ms. Scott also encountered directed verbal attacks and stalking in New York City. In 2023, she experienced stalking and facial profiling when she was in public running errands in NYC. One incident involved two young Chinese women who made remarks about her 2nd online identity and she encountered other incidents with outright comments made

about deepfakes. Other incidents of intimidation involved Caucasian men or Caucasian couples in their 30s making directed comments that she would never work in cyber and an incident with a Chinese man standing in front of a retail store a block from Union Square who remarked loudly to the Chinese woman standing next to him "Everyone will know about Natalie".

This level of stalking and psychological targeting related to sex became more pronounced when Ms. Scott noticed that couples who rented AirBnB rooms or hotel rooms next to her room were always very loud when having intercourse and this began to become a pattern which continued even after she relocated to Portland, OR in late 2023 to her own rented studio apartment.

In 2023, during a stay at an AirBnB in Newark, New Jersey, Ms. Scott complained to the owner about a man who just checked into the rented room next door to her room. This AirBnB location had the policy of No Visitors, but the male renter had a female visitor and decided to be loud sexually when having intercourse. After Ms. Scott notified the owner and asked if this couple could keep it down, she left her room to go to the kitchen. When Ms. Scott was returning to her room from the kitchen, the man opened the door of his bedroom and said to Ms. Scott "you complained about me when you put your pussy online". Ms. Scott did not know what he was talking about because she had never put any photo of her pussy or any other private parts of her body online. This incident confirmed for Ms. Scott that something visual was placed online about her to promote sex and the intent of her being pimped.

A few days after this incident, Ms. Scott also had her email account hacked by a male guest who booked the room next door to her. This guest was able to access

her email and changed the content of her email directly before her eyes as she viewed it. Ms. Scott reported him to the owner after hearing him laugh with someone on his cellphone about her and her hacked email. Ms. Scott confronted the man, and he left the AirBnB within a half hour of her confronting him and reporting to the owner that she had a hacker in her building. Ms. Scott was surprised how easy it was for the hacker to change the content of her email and she decided that she would not stay at another AirBnB with other guests who shared the same WiFi network since the AirBnB's network passwords were always posted on the guests account when the reservation was confirmed.

Ms. Scott questioned if these people who facially profiled her and tried to pimp her were linked to Facebook.... Was it a Facebook group? This level of facial profiling and public targeting caused Ms. Scott stress, anxiety and concern – because she wanted to know how these people knew where she was staying and how they obtained her facial image for profiling. Another form of harassment involved repeated comments and laughter about deepfakes of her, and how a website had been created that posted everything she posted online including personal emails to a Yahoo email account. Ms. Scott contacted Facebook a few times about privacy violation concerns, questioned how her deactivated account was still being accessed and complained about the resulting offline harassment, but she never received a reply.

g.  Refer to #3g - **Exhibit 7**. Intentional blocking of access to Ms. Scott's Facebook account after her account password was changed by an external party. The access to her account was blocked on various occasions.

- On July 27, 2022, Ms. Scott's account was blocked from her access and when she requested an STM sent to her email to re-access her account, the code that she received did not match the code provided by Facebook. An example is on July 27, 2022, when Facebook emailed her an 8-digit STM code but the platform would ask her for an 6-digit STM code. Ms. Scott emailed Facebook Security about the Mismatched STM codes. Also Ms. Scott questioned why she received an email twice with the same 8-digit code at 5:25am and 5:28am. If Ms. Scott did not receive the STM code the first time, then she would request a 2nd code be resent and that 2nd code would be different – it would not be the same STM code. So someone intentionally altered the platform settings of how the STM codes would be sent and what type of code would be sent to Ms. Scott. After getting access, Ms. Scott deactivated her Facebook account again.

- June 11, 2021, Ms. Scott sent an email to Facebook Security about the intentional pages that was created to block her from accessing her account on June 1, 2021. Ms. Scott also noted her complaint to the Attorney General's office about it (ie: Intake #1-262394402) and why she was being access to Facebook military group linked to Russia. Ms. Scott questioned why a private Russian military FB group whom so easily give her access to its account. During this time Ms. Scott questioned if the repeated comments that she overheard by the NYPD and Canadians in Canada who were in a cyber group about her being on "high alert" was true .... why was it so easy for her to gain access to a group that should have been blocked. The intentional blockage of access to her account made her feel targeted.

- On June 1, 2021, Ms. Scott's password was changed on her account and when she tried to access it, she was taken to multiple verification steps and pages for her to access her account. Even after Ms. Scott was able to change her password by using an STM code sent to her cellphone and then accessing a reset password link to change her password, Ms. Scott was still taken to through the full verification steps to access her account:

The steps Ms. Scott was taken through to access her account were:

- o Password reset verification through STM text code;
- o Password reset verification through email; Password reset link sent to email. Ms. Scott reset password and was sent an alert that her new password was accepted. But then she was still taken to the following pages for verification:
- o Identifying when her account was last accessed;
- o Identifying the device used to access her account;
- o Verifying recent comments posted by Ms. Scott to her account;
- o After Ms. Scott identified her posts, devices and previous times account was accessed – Ms. Scott was still taken to additional pages.
- o Identifying 8 pages of visuals of other Facebook/Meta users that Facebook noted as friends linked to her account.
- o Ms. Scott did not obtain access to her account because she could not identify the 8 pages of facial images of the users that Facebook asked her to identify.

These multiple steps that Facebook put Ms. Scott through to identify her account and then to deny her access in the end was traumatizing. Ms. Scott felt that she

was being psychologically attacked and toyed with to cause anxiety, stress, mental duress and feelings of helplessness.

- May 31, 2021, Facebook sent Ms. Scott late email notifications of her account being accessed by other users. Email she received on May 31st to alert her that her account was accessed on May 23rd.

- May 19, 2021, another incident of multiple OTM codes sent to her email address to reset her password that did not work.

h.  Refer to #3h - **Exhibit 8**. Ms. Scott continued to receive email notifications from Facebook about the activities of friends linked to her account even after her account was locked by Facebook from August 2, 2022 for close to 1.5 years. Ms. Scott emailed Facebook Security multiple times about receiving email notifications about other FB users activity and friend requests being accepted on her account even when it was supposed to be locked.  The emails show how this caused Ms. Scott anxiety, stress and how it was a form of psychological abuse. Ms. Scott never received a reply from Facebook Security about the continued Facebook email notifications that she received daily on an account that she was blocked from accessing. Ms. Scott had to hire a lawyer, Ms. Deborah Blum, to assist her with regaining access to her account. Ms. Deborah Blum referred Ms. Scott to Mr. Patrick Bocash after there was a continued delay and missed attempts at regaining access and obtaining an explanation of the activity on her locked account. Ms. Scott tried to regain access to her account by providing Facebook ID's and documents that it listed on a document list.  The last document that Ms. Scott provided was her NYS Driver's License which she tried to upload to the platform, but it was later declined since Facebook claimed that its size was not the usual size for a Driver's License. A

government issued NYS Driver's License is a standard size.... So, Ms. Scott thought that Facebook was finding reasons to deny her access to her account.

- August 3, 2022, Ms. Scott received an email from Facebook Security that her account was reactivated. But Ms. Scott was still locked out of her account and all forms of Identification that she submitted was denied. And she was still being taken to the different webpage screens for locked accounts.

- August 6, 2022, Ms. Scott emailed Facebook Security about emailed notifications she was receiving on her Facebook account which was locked on August 2, 2022. Ms. Scott received emails from Facebook about her account having 69 new notifications,

- List of documents requested by Facebook to access locked account. And instruction pages on how to access locked account. Facebook later denied submitted NY Drivers license based on the photo not being visible enough.

- October 30, 2022, Ms. Scott emailed Facebook Security about a message received to reset password after account was locked. And message that her account was accessed after her account was locked.

- November 21, 2023, Ms. Scott emailed Facebook Security about Facebook denying her access to her account after suitable government IDs were submitted and now asking for her bank account information.

i.  Refer to #3i - **Exhibit 9**. While Ms. Scott's account was locked, she continued to receive multiple email notifications daily from Facebook about user activity linked to her account. Ms. Scott did not know any of the users and some of the users had disturbing profile appearances (ie: profile of Asad Khan with a gun or user with facial tattoos). Many of the notifications that she received were from male users who had thousands of

friends, which caused additional anxiety since Ms. Scott did not know what content had

been sent to these male users or what was being done on her account on the back-end

without her consent. During this time of being locked out of her account, Ms. Scott

continued being facially profiled, pointed out in public and called "freak", "it's good" and

told "rape" by women and men in public when she stepped outside. In addition, Ms.

Scott dealt with other directed sexual comments loudly by men in her neighborhood

such as "I can't believe he sent her pussy to everyone" or remarks made about her lying

about being rape or remarks about her status when she lived in Canada. Ms. Scott

knew that the accusations she received about rape was due to prior posts that she

placed on Facebook which she was never questioned or confronted about. Most of her

posts were posted using the "Only Me" privacy settings. The facial tagging, the targeted

labeling and the comments about her lying about rape were hostile and coincided with

comments such as "I can't wait until she is out on the street", "I can't wait until she

can't work again", "I can't wait until she has no money for food", "hate", "done", "she

does not know what is going on" and "I can't believe they did this to her because they

think she is a Bitch". In addition, Ms. Scott endured remarks every week that she would

soon be known globally as a freak and that soon she would not be able to live anywhere

which caused Ms. Scott to feel surveillanced.

Since Ms. Scott's Facebook account, Aphrasia Lee was locked and she did regain

access to it until December 2023 - Ms. Scott decided to open a new Facebook account

to research any posted deepfakes of herself. She was denied using her name. Natalie

Scott for the new account – Facebook was declining any new accounts using that name.

This new account had no photo, no personal data but only her cellphone number, Ms.

Scott used this account infrequently to check on other user accounts. Ms. Scott

noticed that for a few of the Facebook male users that she received emailed notifications from Facebook, that the user activity that was reported in the notification did not match the activity that the user was doing on their actual account during the same timeframe of the notification. So why was Facebook sending her notifications with fake user activity. Ms. Scott did not send out any posts or do any activity on these accounts that she accessed but only viewed the user activity. Ms. Scott also came across two users who had either her cellphone # or email address in their user profile. Later, Ms. Scott emailed Facebook Help Support to notify them that her cellphone number was being used in the Facebook profile of another user. Ms. Scott was surprised at how easy it was to bypass the security measures for her account when another user had her telephone number listed as a login contact method.

Another incident that made Ms. Scott question if she was being experimented on with a secondary Facebook account that contained data that she could not view but which ither users could view, was because Ms. Scott had different background settings when she accessed her account on different devices. When Ms. Scott accessed her account on her laptop, her account showed a white background color (in Normal Mode) but when she accessed her account on her cellphone, the background was in Dark Mode. Why was Ms. Scott obtaining two different background mode settings for her account on different devices. The Dark Mode background setting is something that is chosen by the user and cannot be changed unless the user selects a different setting. Ms. Soctt questioned if the different settings was due to cookies saved on the devices but Ms. Scott had cleared the cookies on her laptop and on her cellphone multiple times .... so why did her Facebook account still show two different background settings on different devices for one account. This made Ms. Scott uncomfortable and

distrustful of Facebook and the data that was being sent to other users. And since her user data was shown in HTML code – she knew that something was being done to her account in the back-end. Why was her account being used for experiments without her consent? In addition, the daily facial profiling, facial tagging, and the demeaning comments that she received by strangers daily in public and by neighbors made Ms. Scott feel targeted, surveillanced, experimented on and abused.

- Facebook email notifications on tattooed-faced user and Asad Khan.
- Facebook email notifications received - multiple notifications received in one day while account was locked for Ms. Scott and inaccessible.
- Questionable Facebook email notifications received where user activity differed from what was posted as activity on male user's account.

j.   Refer to #? - Exhibit 10. Due to the many comments about deepfakes that were directed to Ms. Scott, she questioned if a private group was created on Facebook with the intention to pigeonhole her into prostitution and homelessness. Ms. Scott began to search for Facebook groups with the word "freak" in the group's name ... Ms. Scott found a few public and private groups. One of the groups was called "The Freaks Come Out At Night". Ms. Scott requested to join the group to find out if she was being deepfaked within this private group. This group asked questions about a person's sexual habits and Ms. Scott explained that she wanted to join this group to search for deepfakes about her since a group of people were trying to pigeonhole her for prostitution. She was allowed access to this group and viewed the users and posts to see if anything was related to her. She found nothing but when she tried to exit the group – she was blocked from exiting it. She could not exit the group or log off of Facebook. She could only exit this group by turning off her cellphone which

showed Ms. Scott the level of control that Facebook was trying to enforce on her device.

k. Refer to #3k - **Exhibit 11**. "Only Me" posts continually accessed by other Facebook users and Ms. Scott was harassed offline by strangers who discussed her post or who repeated specific parts of her posts. Ms. Scott contacted Facebook Help Support and Facebook Security a few times about the security breach of her account but she received no reply.

l. Refer to #3l - **Exhibit 12**. Ms. Scott joined the Facebook hacking group "Ethical Hacking – Beginners to Experts" as a member. Someone changed her membership to Administrator of the group. On February 23, 2021, Ms. Scott received an email from the group requesting that she approve a new member, Waleed Ahmed Egipcio's request to join the group – which meant she was changed to an Administrator of the group.

m. Refer to #3m - **Exhibit 13**. Facebook tracked the new cellphone contact that Ms. Scott began to communicate with on her phone via text. The contact was her cousin, Dexter Raphael. Since her Facebook account was still locked, Ms. Scott created a new Facebook account that she accessed only to view other users online – she had no phone, no user profile data except her cellphone number. And she imported no contacts from her cellphone.

On April 21, 2023, Facebook sent the friend suggestion of Dexter Raphael to Ms. Scott's new Facebook account. How did Facebook link Dexter Raphael to Ms. Scott's new Facebook account when it had no friends, no posts, no identifiable information and only had her cellphone telephone number. Facebook has been reported to have approximately 2.989 billion monthly active users a month and

about 2.11 billion daily active users in Q1 2023. By these figures, Ms. Scott knew

that Facebook's suggestion of Dexter Raphael as a new friend for Ms. Scott's blank

Facebook account meant that Facebook was tracking Ms. Scott's cellphone usage

off the Facebook platform. To suggest one person out of 2.11 billion users who

happened to be the person who she recently started communicating with daily ws

not a coincidence. Facebook was being used to track Ms. Scott's offline

communication. This is one example of the type of tracking that Ms. Scott

encountered with Facebook being used as the method for stalking and monitoring.

Ms. Scott has listed her complaints about unauthorized access of her Facebook account, changes

to her Activity Log, friend requests accepted without her consent; sexual solicitation and the use of

suggested friend requests of women in the sex trade to imply that Ms. Scott should associate herself

with or become a prostitute or get paid for sex. This message was compounded by the repeated

remarks from strangers in public that "her next job will be on a bed". Also, the intentional blocking

of her access to her Facebook account for 1.5 years, the use of mismatched STM codes, delayed

notifications sent of account access by other users, the extreme use of multiple pages for account

verifications which led f ther blockage of her account, the non-acceptance of legitimate

government identification to enable Ms. Scott regain access. the altering of her Activity Log and the

use of Facebook to track her cellphone activity and who she communicated with. Lastly, Ms. Scott's

account was weaponized against her and used for tracking, privacy violations, offline stalking and

facial profiling even though Ms. Scott does not have any facial photo of herself linked to this account.

These actions have caused a lot of stress, anxiety, psychological duress, feelings of isolation and

being abused. Ms. Scott began to mistrust the Facebook platform and felt it deceived her about the

real number of people who were linked to her account as friends, whom obtained access to her data

when she sent posts, the security of her account after it was locked or deactivated, and if posts with

harmful content about her was being sent from other accounts in her name, and if photo or sexual content about her was sent from her account to male users.   Also Ms. Scott distrusted how her account was being used – if it was being used for experiments, what content appeared in the multiple fake Facebook accounts under the name of Natalie Scott.   In addition, since Ms. Scott's "Only Me" posts were accessed and the friend count on her account stated 45 friends but her account had 0 friends listed in her account – Ms. Scott felt that her account was being linked to people who were not being made visible to her. This caused Ms. Scott to feel that no matter what privacy setting was set for her posts, that "everyone"  or "anyone" was still able to access her account and her posts …. There was no level of privacy for her which produced a negative effect on Ms. Scott's psyche and her trust in technology and social media. So, Ms. Scott began to think that whether she sent a post using "Only Me", "friends" or "everyone" … that a large group of people would still receive it and target and track her for their "game" and malicious fun.

By reason of the facts and circumstances stated above, the plaintiff is requesting compensatory damages in the amount of $700,000 or the maximum amount allowed in civil court to compensate for psychological, emotional and reputational damage, mental and emotional duress, and privacy violations that have resulted in unwanted tracking, facial profiling and tagging, stalking and harassment offline which has occurred over a period of 13 years.  This compensation is also due to the neglect of Facebook to take measures to protect, inform and respond to Ms. Scott's notifications and complaints of continued misuse of her account, and her pleas for help.  The weaponization of her Facebook account by hackers, Facebook employees or any third party who manipulated settings and used it as a tool of offline harassment is not acceptable.

Dated:  March 17, 2025

Ms. Natalie Scott
Plaintiff
450 78 Street
Brooklyn, NY 11209
(347) 735-1360

## VERIFICATION

Natalie Scott, being duly sworn, deposes and says:

I am the plaintiff in the above-entitles action, I have read the foregoing complaint and know the contents thereof.  The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief as to those matters I believe to be true.

Natalie Scott _____
Signature, Plaintiff


Natalie Scott_____
Printed, Plaintiff

Sworn to before me this
17th day of March 2025


Notary Public

## EXHIBITS TO BE SUBMITTED

### EXHIBIT 1 CONTENTS

https://drive.google.com/drive/folders/1niqPpTzqjvo2H1jO8dBlXQ27sFvk0gkr?usp=sharing

- 1st bullet - Klib Klib – 3 documents
  - Email about new Facebook friends on account _ 2-16-2025
  - New Facebook Friends Accepted to Account _ 2-16-2025
  - New Friends Added to FB Account - Klib Klib_ Yusri

- 2nd bullet - Dewi Ryanti – 2 documents
  - Dewi Ryanti Friend Request Notification_5-3-2024
  - Email to Patrick Bocash on May 15th

- 3rd bullet - Mero Cut – 4 documents
  - Email to FB Security on Mero Cut friend rqst, not in Activity Log
  - Facebook Email on Mero Cut accepting FB friend request
  - Email to FB Security _7-9-2022
  - FB acct tagged by Toby Remy, 7-6-2022

- 4th bullet - FB Security – 6 documents
  - Email to FB Scrty on Titus Natalia - 10-29-21
  - Email to FB Scrty on Titus Natalia No Activity Log
  - Removal of Tutis Natalia from FB Acct
  - Scrnshot of IM to Titus Natalia
  - Titus Natalia - Not on Added Friends List
  - Titus Natalia Profile

- 5th bullet - IM contact if users – 7 documents
  - FB Messenger - cortacted about friend rqst rcvd1
  - FB Messenger - on icted about friend rqst rcvd2
  - FB Messenger - contacted about friend rqst rcvd3
  - FB Messenger - contacted about friend rqst rcvd4
  - FB Messenger - contacted about friend rqst rcvd5
  - FB Messenger - contacted about friend rqst rcvd6
  - FB Messenger - contacted about friend rqst rcvd7

- Exhibit 1 - Facebook Account User Data in Code – 1 document
  - Exhibit 1 - Facebook Account User Data in Code



## EXHIBIT 2 CONTENTS

https://drive.google.com/drive/folders/1d5mFyTqpUrhrifsKUkxCYAUV-nx2B0XY?usp=sharing

- 1st bullet – 1 document
  - o  Exhibit 8 - Email Dated 7-9-2022
- 2nd bullet – 2 documents
  - o  Email to Kevin O'Donnell _ 7-6-2022
  - o  Msg of Mero Cut accpt friend rqst - No Activity Log
- 3rd bullet – 2 documents
  - o  Email to Mark Zckrbrg - Jailos Santos
  - o  Jailos Santos - FB Email about new friend
- 4th bullet – 1 document
  - o  Email to FB Security _ 2-7-2022
- 5th bullet – 1 document
  - o  Email to FB Security on Deactivated Acct _ 1-12-2022
- 6th bullet – 2 documents
  - o  Topson Photo
  - o  Facebook, Activity Log - Sent Friend Requests 7-6-2022 (1)
- 7th bullet – 2 documents
  - o  FB Email Notifctn - Maggie Pumz new frnd
  - o  Maggie Pumz accepted friend request
- 8th bullet – 2 documents
  - o  Email to FB Scrty on 7 day Deactivatn Prd _11-1-2021
  - o  Scrnsht of 7 day Automatic Reactivation_ 11-1-2021



## EXHIBIT 3 – CONTENTS

https://drive.google.com/drive/folders/1nQVw4WrHUH9VsU5O-YGb2RK6saNjWwny?usp=sharing

- 1st bullet – 4 documents
    - Email to P Bocash 6-29-2024 _User data-deleted posts
    - Email to Patrick Bocash on May 15th
    - Facebook User Data in Code-3
    - Message to Facebook Help Support _9-16-2024

## EXHIBIT 4 – CONTENTS

https://drive.google.com/drive/folders/1AfrQ5nmPVZTQJLuAQXq5A7Q2a3infQcr?usp=sharing

- 1st bullet – 1 document
    - Duplicate Posts on FB account _ 10-22-24

## EXHIBIT 5 – CONTENTS

https://drive.google.com/drive/folders/1hQ0ZcU-YPlVwpNifwyC0EaM7TO4cgFVO?usp=sharing

- 1st bullet – 5 documents
    - Email to Facebook Escalation Team about friend count _ 1-16-2025
    - Email to Facebook Escalation Team about friend count _ 1-22-2025
    - Facebook Friend Count of 45 Friends - with 0 friends
    - Facebook Friends Listed - 45 people_9-13-2024
    - Message to Facebook Help Support _9-16-2024

## EXHIBIT 6   CONTENTS

https://drive.google.com/drive/folders/18XyvweqlmlEwGpbBZyfp4RgJM0b8ta2i?usp=sharing

- 1st bullet – 10 documents
    - 2 Asian male users_ 8-7-2022
    - 2 male users _ 8-9-2022
    - 3 Asian male users _ 8-10-2023
    - Asad Khan with gun
    - FB email notifications _11-28-22 to 11-30-22
    - Kofi Punchino _ 8-7-2022
    - Male User Notice - Erika Khouri_8-7-2022
    - Male User Notice _8-11-2022
    - Male with Facial tatoos - May 20th _ 8-22-2022
    - More FB email notifications
- 2nd bullet – 2 documents
    - Implicit Sex Solicitation and implication From FB
    - Soliciting Sex with FB Suggstd friends _ 9-8-2023

- 3rd bullet – 1 document
  - Luna Mendez _ 10-27-2023
- 4th bullet – 1 video
  - FB Friend Request Sex Video_2-22-2024
- 5th bullet – 1 document
  - Email to Patrick Bocash _2-23-2024
- 6th bullet – 1 document
  - FB Friend Requests Mostly Men 6-3-2024

## EXHIBIT 7 – CONTENTS

https://drive.google.com/drive/folders/1M9lkxuwk_Z9ASP-NZmjjt--48tLeoh0_?usp=sharing

- 1st bullet – 5 documents
  - Facebook Codes in Email, 7-27-2022
  - Email to FB Security
  - FB Code Email at 5-28am, 7-27-2022
  - FB Code Message - 7-27-2022
  - FB Deactivation Msg 7-27-2022
- 2nd bullet – 2 documents
  - Email to FB Secrty on intl acct blckg _ 6-1-2021
  - Email to FB Secrty on June 1st blckd acct _ 6-11-2021
- 3rd bullet – 15 documents
  - After Acct Lock - Confirm identity screen –
  - After Acct Lock - Screen Rqst for Photo ID
  - Choose 3 options to verify identify
  - Confirm Acct Option Screen
  - Confirm prior FB comment _ 06-01-2021
  - Confirm prior FB comment screen
  - Confirm prior FB comment2 _06-01-2021
  - FB Post on Account
  - Identify Comment Screen  06-01-2021
  - Login Approval Screen
  - Login device used to login _ 06-01-2021
  - Login not approved - verify time laptop used
  - Login Screen 3, confirm email_06-01-2021
  - Login Screen 4, Verification code sent
  - Verify Account Screen for photos
- 4th bullet – 2 documents
  - 2nd email to FB Scrty on delayed March 31st alert
  - FB Email that acct accessed on May 23rd _5-31-2021
- 5th bullet – 1 document

- o   Emails of FB Password Reset Attempts, 5-19-2021
- 1 video – Video on FB Login Alerts - ADDED

## EXHIBIT 8 – CONTENTS

**https://drive.google.com/drive/folders/1fY1Nr_YfzxsBlsPZW4BdyMBViS8vCpj-?usp=sharing**

- 1st bullet - 1 document
  - o   Exhibit 3 - Email from FB on Reactivation of FB Account on 8-3-2022
- 2nd bullet – 10 documents
  - o   11 notifications in locked FB account
  - o   69 Notifications in Locked FB account
  - o   FB - 69 Notifications Email
  - o   FB Account Locked Message, 12-1-2022
  - o   Email to FB Scrty on 92 Ntfctns after Acct Locked _ 12-5-2022
  - o   Email to FB Scrty on Notiftns Rvcd on Lock Acct_8-6-2022
  - o   Email to FB Security on Email Notifications _8-6-2022
  - o   Facebook Account Locked ON 8-2-2022
  - o   Screenshot of Notification count of 9
  - o   Scrnshot FB Acct locked _ 8-6-2022
- 3rd bullet – 9 documents
  - o   Email to FB Scrty on  FB Acct denial_8-14-2022
  - o   Email to FB Scrty on denial of sbmttd IDs _11-21-2023
  - o   Email to FB Scrty on Profile Photo on Acct_ 8-14-2022
  - o   List of IDs to upload
  - o   Type of IDs accepted
  - o   Attchmnts to email sent to FB on 8-4-2022 on Blckd Acct
  - o   Upload  Photo of User ID
  - o   Facebook Account Locked Message on 8-3-2022
  - o   FB Denied NYS Driver License ID - claim no visible
- 4th bullet – 1 document
  - o   Email to FB that password reset rqst for ocked acct _10-30-2022
- 5th bullet – 1 document
  - o   Email to FB Scty about IDs denied - rqsting bank acct_11-21-2023

## EXHIBIT 9 – CONTENTS

**https://drive.google.com/drive/folders/1K_aw5n9G5SRnyX0XbKOTqcQNibBdpxza?usp=sharing**

- 1st bullet – 2 documents
  - o   Asad Khan added a new photo
  - o   Photo of FB user with tatood face

- 2nd bullet – 14 documents
    - 11 notifications in locked FB account
    - FB Notifications Received in Email
    - Email to Facebook Security on Ntfctns on Locked Acount
    - FB Notifications Rcvd by Email, 11-1-22 to 11-4-22
    - FB Notifications Rcvd by Email, 11-17-22 to 11-14-22
    - FB Notifications Rcvd by Email, 11-20-22 to 11-17-22
    - FB Notifications Rcvd by Email, 11-23-22 to 11-21-22
    - FB Notifications Rcvd by Email, 11-27-22 to 11-24-22
    - FB Notifications Rcvd by Email, 11-30-22 to 11-28-22
    - FB Notifications Received in Email2
    - FB Notifications Received in Email3
    - FB Notifications Received in Email4
    - FB Notifications Received in Email5
    - FB Notifications Received in Email6
- 3rd bullet – To Be Provided

## EXHIBIT 10 – CONTENTS

https://drive.google.com/drive/folders/1hWb06xa_aOJ3vzVSBe7tREmeE9H9wemX?usp=sharing

- Exhibit 10 Document
- Freak Group Search – 3 documents
    - Freaks Come Out At Night - Group Search
    - Jamaican Freaks - Group Search
    - Jamaican Freak Private Group
- Facebook Search Results on Twitter – 19 documents
    - Facebook whore 1
    - Facebook whore 2
    - Facebook whore 3
    - Facebook whore 4
    - Facebook whore 5
    - Facebook whore 6
    - Facebook whore 7
    - Facebook whore 8
    - Facebook whore 9
    - Facebook whore 10
    - Facebook whore 11
    - Facebook whore 12
    - Facebook whore 13
    - Facebook whore 14
    - Facebook whore 15

- o  Facebook whore 16
- o  Facebook whore 17
- o  Facebook whore 18
- o  Facebook whore 19

## EXHIBIT 11 – CONTENTS (2 documents)

https://drive.google.com/drive/folders/1JbICf5M52quqBaJDFOWnObjddRNUwtym?usp=sharing

- Exhibit 11 Document
- Facebook ONLY ME posts - AI specification

## EXHIBIT 12 – CONTENTS (1 document)

https://drive.google.com/drive/folders/15IENk1BrdDPCuyXNOK7M-GvNduFjQZ7g?usp=sharing

- Hacker Approval Email

## EXHIBIT 13 – CONTENTS (3 documents)

https://drive.google.com/drive/folders/1qwa47dPTkAZ4vQRvqMFrgEROOhxzlRzt?usp=sharing

- Dexter Raphael - FB sgstn_4-21-2023
- Text 1 to Dexter Raphael - 4-22-2023
- Text 2 to Dexter Raphael - 4-22-2023

**INSTRUCTIONS: FILL IN THE NAMES IN THE BOX NUMBER BELOW, THE INDEX NUMBER AND THE DATE THE INDEX NUMBER WAS PURCHASED. COMPLETE ALL BLANKS IN ACCORDANCE WITH THE DIRECTIONS SET FORTH IN BOLD PRINT.**

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF KINGS

_____ X

**Natalie Scott**

[YOUR NAME(S)]

                       Plaintiff(s),      Index No. _237_ / _25_

-against-

                                              **March 17, 2025**

                                              [PURCHASE DATE OF INDEX #]

[NAME OF PERSON(S) BEING SUED]                     **SUMMONS**

              Defendant(s)

**META PLATFORMS INC, fka FACEBOOK, INC.**        X

To the Person(s) Named as Defendant(s) Above:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to answer the complaint of the plaintiff(s) herein and to serve a copy of your answer on the plaintiff(s) at the address indicated below within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated:   **March 17, 2025**           **Natalie Genevieve Scott**

        [DATE OF SUMMONS]         [YOUR NAME(S)]

                               **450 78 Street, Brooklyn NY 11209**

                               [YOUR ADDRESS(ES) & PHONE #(s)]

Defendant's Address: _1 Hacker Way, Menlo Park, CA 94025_

                  [ADDRESS OF PERSON(S) SUED]

Venue: Plaintiff(s) designate(s) Kings County as the place of trial. The basis of this designation is [CHECK ONE]:   [x]  Plaintiff(s)' Residence in Kings County

        [ ]  Defendant(s)' Residence in Kings County

        [ ]  Other- Describe: _____

**NOTE: THIS FORM OF SUMMONS MUST BE SERVED WITH A COMPLAINT**

Dated: March 17, 2025

Ms. Natalie Scott
Plaintiff
450 78 Street
Brooklyn, NY 11209
(347) 735-1360

## VERIFICATION

Natalie Scott, being duly sworn, deposes and says:

I am the plaintiff in the above entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief as to those matters I believe to be true.

Natalie Scott _____Natalie Scott_____    3/17/2025
                    Signature, Plaintiff

Natalie Scott _____NATALIE SCOTT_____    3/17/2025
                    Printed, Plaintiff

Sworn to before me this
17 day of March 2025

_____Milagros Bencesi_____
Notary Public

MILAGROS BENCESI
Notary Public, State of New York
No. 04BE6349126
Qualified in Kings County
Commission Expires October 11, 2028